## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

TROY A. HATFIELD,

      Plaintiff,

v.                        **ORDER**
                           Civil File No. 07-3417 (MJD/JJK)

MICHAEL J. ASTRUE, Commissioner
of Social Security,

      Defendant.

_____

Edward C. Olson, Attorney at Law, Counsel for Plaintiff.

Lonnie F. Bryan, Assistant United States Attorney, Counsel for Defendant.

_____

      The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated July 30, 2008. [Docket No. 25] Plaintiff Troy A. Hatfield filed objections to the Report and Recommendation. Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that

review, the Court **ADOPTS** the Report and Recommendation.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Court **ADOPTS** the Magistrate Judge's Report and Recommendation dated July 30, 2008 [Docket No. 25].

2. Plaintiff's Motion for Summary Judgment [Docket No. 15] is **DENIED**.

3. Defendant's Motion for Summary Judgment [Docket No. 23] is **GRANTED**.

4. The decision of the Commissioner of Social Security is **AFFIRMED**.

5. This case is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:   August 26, 2008                    s/Michael J. Davis
                                            Michael J. Davis
                                            Chief Judge
                                            United States District Court